IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES EQUAL EMPLOYMENT )
OPPORTUNITY COMMISSION, )          Civil Action No. 1:21-cv-02539
                                )
        Plaintiff, )               Judge Rudolph Contreras
v. )
                                )
R&R JANITORIAL, PAINTING, AND )
BUILDING SERVICES, INC., d/b/a R&R )
BUILDING SERVICES, INC., )
                                )
        Defendant. )
_____ )

## JOINT MOTION FOR ENTRY OF CONSENT DECREE

Plaintiff, the United States Equal Employment Opportunity Commission, and Defendant, R&R Janitorial, Painting, and Building Services, Inc., d/b/a R&R Building Services, Inc., jointly request that the Court execute and enter the attached proposed Consent Decree and, in support thereof, state:

1.      The parties have negotiated the attached proposed Consent Decree (Exhibit 1) in resolution of the EEOC's claims in the above-captioned case.

2.      The parties respectfully request entry of the proposed Consent Decree as its terms are adequate, fair, reasonable, and just.

3.      The proposed Consent Decree conforms with the Federal Rules of Civil Procedure and is not in derogation of the rights or privileges of any person.  Entry of the proposed Consent Decree is in the interest of the parties, those for whom the EEOC sought relief, and the public.

1

Dated: April 21, 2026

Respectfully submitted,


/s/ Jessi Isenhart

Jessi Isenhart, Trial Attorney
U.S. EEOC – Cleveland Field Office
1240 E. 9th Street, Suite 3001
Cleveland, OH 44199
jessi.isenhart@eeoc.gov
216-306-1121

*Counsel for the EEOC*


/s/ Christopher J. DeGroff

Christopher J. DeGroff (admitted *pro hac vice*)
cdegroff@seyfarth.com
SEYFARTH SHAW LLP
233 South Wacker Drive, Suite 8000
Chicago, IL 60606
312-460-5982
312-460-7982 (facsimile)

Samantha L. Brooks (D.C. Bar No. 1033641)
sbrooks@seyfarth.com
SEYFARTH SHAW LLP
975 F Street, N.W.
Washington, DC 20004-1454
202-463-2400
202-828-5393 (facsimile)

*Counsel for R&R Janitorial, Painting, And Building Services, Inc. d/b/a R&R Building Services, Inc.*

2