IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES EQUAL EMPLOYMENT          )
OPPORTUNITY COMMISSION,                  )          Civil Action No. 1:21-cv-02539
                                         )
        Plaintiff,                       )          Judge Rudolph Contreras
v.                                       )
                                         )
R&R JANITORIAL, PAINTING, AND            )
BUILDING SERVICES, INC., d/b/a R&R       )
BUILDING SERVICES, INC.,                 )
                                         )
        Defendant.                       )
                                         )

## CONSENT DECREE

The United States Equal Employment Opportunity Commission ("EEOC") commenced this action under Title VII of the Civil Rights Act of 1964 ("Title VII") against Defendant R&R Janitorial, Painting, and Building Services, Inc., d/b/a R&R Building Services Inc. ("R&R"), alleging that Defendant violated Title VII by discriminating against a class of Hispanic employees ("Claimants") on the basis of national origin and race when it terminated their employment and deprived them of employment opportunities, including transfer, reassignment, hire, and/or rehire. In this action, the EEOC sought monetary relief for Reina Amaya, Cesar Arriola, Miriam Ayala-Oporto, Sandra Canales, Lillian Gonzalez, Jose Grande, Blanca Guardado, Maria Guardado, Isabel Guevara, Fanny Lopez, Jose Maltez, Karla Mendez, Bertha Mendoza, Ana Sanchez, and Maria Ulloa. R&R denies that it violated Title VII in any way or that it discriminated against the Claimants. This Decree does not constitute a finding on the merits of the case and does not constitute an admission by R&R of the allegations in the Complaint.

The Court finds that it has jurisdiction over the subject matter of this action and the parties for purposes of the action, entry of this Decree, and all proceedings related to the Decree. The

1

Court, having examined the terms and provisions of the Decree, further finds that it is reasonable, just, and in accordance with the Federal Rules of Civil Procedure and Title VII. The entry of this Decree will further the objectives of Title VII and will be in the best interests of the parties, those for whom the EEOC sought monetary relief, and the public.

**NOW, THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED THAT:**

1. This Decree constitutes full discharge and satisfaction of all Title VII claims against R&R that were alleged in the Complaint filed in this action by the EEOC.

2. Nothing in this Decree shall be construed to waive or release any rights or claims that any individual may have arising under any law, ordinance, regulation, or other provision that grants any individual access to administrative process, or rights or remedies of any kind, including such individual rights or claims of the Claimants as defined in Paragraph 5.

3. The EEOC and R&R shall bear their own attorneys' fees and costs incurred in connection with this action.

4. This Court shall retain jurisdiction to enforce the terms of this Decree and will have all available powers to enforce this Decree, including, but not limited to, monetary sanctions and injunctive relief.

**DEFINITIONS**

5. "Claimants" refers to Reina Amaya, Cesar Arriola, Miriam Ayala-Oporto, Sandra Canales, Lillian Gonzalez, Jose Grande, Blanca Guardado, Maria Guardado, Isabel Guevara, Fanny Lopez, Jose Maltez, Karla Mendez, Bertha Mendoza, Ana Sanchez, and Maria Ulloa.

6. The "Commission" or the "the EEOC" is the U.S. Equal Employment Opportunity Commission, an agency of the United States Government.

7. "Day" or "days" means calendar days unless otherwise specified.

2

8. "Defendant" and "R&R" refer to Defendant R&R Janitorial, Painting, and Building Services, Inc.

9. "Effective Date" means the date this Decree is docketed by the Clerk of Court after it is signed by or receives approval from the Court.

10. "Expiration Date" means the date three (3) years after the Effective Date.

## SCOPE AND DURATION OF DECREE

11. This Decree shall apply to employees of R&R who work in the District of Columbia.

12. Unless otherwise indicated herein, this Decree shall become effective on the Effective Date and shall remain in effect until the Expiration Date, which shall be three (3) years after the Effective Date.

## INJUNCTION

13. R&R, its officers, directors, agents, and employees, and its successors in interest, assigns, and all persons acting in concert with them or on their behalf are enjoined from discriminating against employees based on their race or national origin and from retaliation in violation of Title VII.

## MONETARY RELIEF

14. R&R shall pay the amount of one million, two hundred fifty thousand dollars ($1,250,000.00) representing the Claimants' backpay and compensatory and other statutory damages. From such monetary relief, the EEOC shall have sole discretion to determine how such payments shall be distributed and to designate what portion of any such payment to a Claimant shall be designated backpay or compensatory and other statutory damages. Payment shall proceed as follows: Within thirty (30) days after the Effective Date, the EEOC shall notify R&R how

3

payments shall be distributed, how such payments shall be designated, and the addresses for Claimants to whom such payments shall be mailed, and the EEOC will provide R&R with IRS Forms W-4 and W-9 completed and executed by such Claimants. R&R shall issue such payments no later than thirty (30) days after such notice and R&R's receipt of the W-4 and W-9 forms. Such payments shall be made in separate checks for backpay and for compensatory/other statutory damages, in accordance with the following:

  a. In issuing each check for backpay, R&R shall withhold applicable and usual federal, state, and local withholdings, and R&R shall issue an IRS Form W-2 for the backpay. In issuing each check for compensatory/other statutory damages, R&R shall make no withholdings, and R&R shall issue an IRS Form 1099 for the compensatory/other statutory damages.

  b. R&R shall send the checks directly to Claimants by first class mail using addresses provided by the EEOC. USPS tracking may be added upon mailing, but no service (including any tracking) requiring return receipt, signature, identification, or in-person receipt shall be added.

  c. On the date R&R sends payment to Claimants as described above, R&R shall send photocopies of the checks and related correspondence to EEOC Trial Attorney Jessi Isenhart by email.

## COMPLIANCE WITH SECTION 162(f) OF THE INTERNAL REVENUE CODE

15. For the purpose of compliance with Section 162(f) of the Internal Revenue Code (26 U.S.C. § 162(f)), if applicable, Jose Reyes should receive the copy of IRS Form 1098-F on behalf of R&R if the EEOC is required to issue one and the Form will be sent to them at the following physical address: 2849 Georgia Ave, NW, Washington, DC 20001.

16.     The EEOC has made no representations regarding whether the amounts paid pursuant to this Decree qualifies for the deduction under the Internal Revenue Code, nor does this Decree address such qualification.

17.     The provision of the Form 1098-F by the EEOC does not mean that the requirements to claim a deduction under the Internal Revenue Code have been met.

18.     Any decision about a deduction pursuant to the Internal Revenue Code will be made solely by the IRS with no input from the EEOC.

19.     The parties are not acting in reliance on any representations made by the EEOC regarding whether the amounts paid pursuant to this agreement qualify for a deduction under the Internal Revenue Code.

## NOTICE POSTING

20.     Within seven (7) days after the Effective Date, R&R shall post both English and Spanish copies of the Notice attached hereto as Exhibit A in a conspicuous location at each facility where R&R employees work in the District of Columbia and at a place in those facilities where R&R employee or R&R worker notices are usually and customarily posted. The Notice shall remain posted in all such facilities throughout the duration of the Decree. When making copies, R&R shall not reduce the font size any smaller than 12 Times New Roman. If multiple pages are used for the Notice, they shall not be displayed one page behind another but must be posted so that all pages are in order and simultaneously visible (i.e., in horizontal row or vertical column configuration). In addition, R&R shall post notice of all applicable federal equal employment opportunity laws and all other notices required by federal law. In the event that any of the aforementioned notices becomes defaced, marred, or otherwise made unreadable, R&R shall immediately post a readable copy thereof. R&R, through counsel, shall certify to the EEOC in

writing within ten (10) days after the Effective Date that the notices required by this Paragraph have been properly posted. With at least five (5) business days' prior notice, R&R shall permit a representative of the EEOC to enter its facilities and facilities where its employees work in the District of Columbia (subject to any security clearance or other requirements of R&R's clients/customers) for purposes of verifying compliance with this Paragraph at a mutually agreeable time during normal business hours.

## EEO POLICIES AND PROCEDURES

21.    R&R shall maintain a policy that explains, defines, and prohibits race and national origin discrimination and retaliation, and that otherwise complies with Title VII. The policy shall be drafted in plain and simple language and shall be provided to the EEOC and distributed to all R&R employees within 30 days after the Effective Date. R&R shall distribute a copy of its policy or policies against race and national origin discrimination and retaliation to each subsequently hired employee on their first day of employment. If R&R changes or revises the policy called for in this Paragraph at any time throughout the duration of this Decree, R&R shall submit the new policy to the EEOC and distribute it to all R&R employees within fourteen (14) calendar days of the change/revisions.

## SUBMISSION OF REPORTS AND NOTICES

22.    For the duration of this Decree, R&R shall prepare and produce to the EEOC reports regarding employee terminations, including but not limited to any reduction in force or layoffs, every six (6) months as described below, with the first report due six (6) months after the Effective Date. For each six (6)-month period, R&R shall create, record, and retain in both electronic and paper format, the below information about each person who was terminated from R&R's employment. R&R shall report the below information about each such person to the EEOC in

6

separate fields, organized by full name of employee or worker, in a Microsoft Excel file.

a.    Full name of employee or worker;
b.    Employee identification number, if applicable;
c.    Last known address;
d.    Last known telephone number(s);
e.    Last known email address(es);
f.    Race, if provided;
g.    National origin, if provided;
h.    Date of hire;
i.    Work site;
j.    Position(s) held;
k.    Job title (if different from position);
l.    Most recent status of the employee (e.g., full-time, part-time, call-in, etc.);
m.    Date of termination from R&R employment;
n.    Type of termination (layoff, furlough, discharge, etc.);
o.    A detailed description of all reasons for the termination;
p.    Name(s), position(s), and title(s) of each person(s) who made, recommended, or approved the decision to terminate the employee.

In addition to the Microsoft Excel report required by this Paragraph, R&R shall maintain and retain the full and complete records, including both electronic information and paper material, reflecting the information that is described in Paragraphs 22(a) through (p) above for each such separated person, and shall produce those records to the EEOC if so requested, with seven (7) calendar days' notice.

23.    For the duration of this Decree, R&R shall prepare and produce to the EEOC reports regarding complaints or reports of race and national origin discrimination every six (6) months as described below, with the first report due six (6) months after the Effective Date. R&R shall create, record, and retain in both electronic and paper format, the below information about each person who has made such a complaint or report. R&R shall report the below information about each such person to the EEOC in separate fields, organized by full name of the person who submitted the complaint or report ("complainant"), in a Microsoft Excel file.

a.    With the exception of complaints submitted anonymously, the full name

|      | of complainant; |
|------|-----------------|
| b.   | Employee identification number, if applicable; |
| c.   | Last known address; |
| d.   | Last known telephone number(s); |
| e.   | Last known email address(es); |
| f.   | Race, if provided; |
| g.   | National origin, if provided; |
| h.   | Date of hire; |
| i.   | Work site; |
| j.   | Position(s) held; |
| k.   | Job title (if different than position); |
| l.   | Most recent status of the employee (e.g., is full-time, part-time, call-in, etc.); |
| m.   | Date of separation from R&R employment, if applicable; |
| n.   | A complete description of the nature of the complaint or report, including all bases (e.g., race or national origin discrimination); |
| o.   | A complete description of all action taken in response to the complaint or report by R&R or anyone on its behalf, including the full names and job titles of all persons who engaged in such action; and |
| p.   | If the complainant was separated from R&R's employment, a complete explanation of why they were separated. |

For any complaint or report (whether formal or informal, oral or written) R&R shall maintain and retain each complaint or report, all documents compiled during the investigation of such complaint or report, and all documents reflecting any conclusions or recommendations made for the resolution of the complaint or report. R&R shall produce those non-privileged records to the EEOC if so requested, with seven (7) calendar days' notice.

24.    In addition to the information required to be produced to the EEOC as part of the reports described above in Paragraph 22-23, R&R shall maintain any and all documents, communications, or other materials from which the information for the reports described above were derived or upon which R&R relied in producing its reports. R&R shall produce such non-privileged material to the EEOC no later than seven (7) business days after the Commission requests them.

8

## EQUAL EMPLOYMENT OPPORTUNITY TRAINING

25.     R&R shall provide to all owners, officers, and supervisory, management, and human resources personnel, no fewer than two (2) hours of training on Title VII.  Such training shall include a special emphasis on race and national origin discrimination and retaliation under Title VII, R&R's policies prohibiting discrimination and retaliation, consequences of engaging in conduct prohibited by Title VII and R&R's policies, the terms of this Consent Decree, and other related topics.  This training shall be provided within seventy-five (75) days after the Effective Date and annually thereafter for the duration of this Decree.  A video-recorded version of the initial training or the most recent annual training shall be shown to (a) all newly hired, retained, or appointed persons in positions for which training is required by this Paragraph, within five (5) business days of the first workday (or if "workday" is inapplicable, the first day holding the position) and (b) any person in a position for which training is required by this Paragraph who missed the required training due to illness or other absence, within five business (5) days of such person's return to work.

26.     R&R shall provide to all non-supervisory personnel no fewer than a one-time, one (1) hour of training regarding R&R's obligations under Title VII, R&R's policies prohibiting discrimination and retaliation made unlawful by Title VII, and any related complaint procedures.  This training shall emphasize federal law that prohibits race and national origin discrimination.  During such training, R&R shall advise all personnel that they will experience no retaliation as a consequence of having engaged in protected activity, including reporting matters internally, contacting or communicating with the EEOC, filing a complaint, opposing discrimination internally, or otherwise initiating or participating in any investigation or inquiry.  The training shall be provided in English and Spanish.  This training shall be provided within seventy-five (75) days

9

after the Effective Date. A video-recorded version of the training shall be shown to all newly hired non-supervisory personnel within fourteen (14) days of the first workday.

27.     The training described in Paragraphs 25-26 shall be provided by a qualified external human resources specialist or attorney (which shall not include any attorney who has served as counsel of record in this litigation, their associates, or any other employee or officer of their firm or any affiliate organization), at the expense of R&R. R&R will furnish the EEOC with written documentation of the training, including the identity and qualifications of the trainer(s), a copy of all content of such training (including training manuals and handout materials), method of presentation, length of training course(s), and the names and job titles of attendees for each training session within seven (7) business days after the training is completed.

## DISPUTE RESOLUTION AND COMPLIANCE REVIEW

28.     Upon motion of the Commission, this Court may schedule a hearing for the purpose of reviewing compliance with this Decree. The Commission must provide R&R with fourteen (14) calendar days' notice of its intent to file such a motion, during which period the parties must confer to attempt to resolve any purported non-compliance before the Commission files such a motion.

29.     Jurisdiction to resolve any dispute arising under this Decree resides in the United States District Court for the District of Columbia.

30.     No provisions of this Decree providing authority to the Commission, nor any other provision of this Decree shall be construed to limit or impair in any manner any other Commission authority whatsoever. This Decree resolves only the Title VII allegations made in the EEOC's Complaint in the above referenced civil action and in no other manner affects or limits the Commission in any way.

## ADDITIONAL PROVISIONS

31.    The terms of this Decree shall be binding upon R&R; all present and future parents of R&R; all present and future subsidiaries of R&R; and all successors and assigns of R&R.  R&R, and any successor/s of R&R, shall provide a copy of this Decree to any organization or person who proposes to acquire or merge with R&R, or any successor of R&R, prior to the effectiveness of any such acquisition, merger, or transaction.  This Paragraph shall not be deemed to limit any remedies available in the event of any finding by the Court regarding a violation of this Decree.

32.    This Decree constitutes the entire agreement and commitments of the parties.  Any modifications to this agreement must be mutually agreed upon and memorialized in a separate writing signed by R&R and the EEOC and approved by the Court.

33.    If any provision(s) of this Decree are found to be unlawful, only such provision(s) shall be severed, and the remainder of the Decree shall remain in full force and effect.

34.    When this Decree requires the submission by R&R of reports, certifications, notices, or other materials to the EEOC, they shall be sent via email to Jessi Isenhart, EEOC Trial Attorney, at jessi.isenhart@eeoc.gov and to Emily Datnoff, EEOC Trial Attorney, at emily.datnoff@eeoc.gov.  Any paper documents that are required to be submitted pursuant to this Decree shall be scanned and produced in unitized PDFs.

[Signature Page Follows]

11

**IT IS AGREED:**

UNITED STATES EQUAL
EMPLOYMENT OPPORUNITY
COMMISSION

Catherine L. Eschbach
Acting General Counsel

Christopher Lage
Deputy General Counsel

Cleveland Field Office
1240 East 9th Street, Suite 3001
Cleveland, OH 44199

Debra M. Lawrence
Regional Attorney

Kate Northrup
Assistant Regional Attorney

/s/ Jessi Isenhart

Jessi Isenhart, Trial Attorney
EEOC – Cleveland Field Office
1240 East 9th Street, Suite 3001
Cleveland, OH 44199
Telephone: 216-306-1121
jessi.isenhart@eeoc.gov

Emily Datnoff, Trial Attorney
EEOC – Baltimore Field Office
GH Fallon Federal Building
31 Hopkins Plaza, Suite 1432
Baltimore, MD 21201
Telephone: 410-801-6708
emily.datnoff@eeoc.gov

**IT IS SO ORDERED:**

DATED: 4/22/2026

R&R JANITORIAL, PAIT
BUILDING SERVICES, I   *Jose Reyes*

R&R Janitorial, Painting, and Building
Services, Inc., Defendant
By: Jose Reyes

/s/ Christopher J. DeGroff

Christopher J. DeGroff (admitted *pro hac vice*)
cdegroff@seyfarth.com
SEYFARTH SHAW LLP
233 South Wacker Drive, Suite 8000
Chicago, IL 60606
312-460-5982
312-460-7982 (facsimile)

Samantha L. Brooks (D.C. Bar No. 1033641)
sbrooks@seyfarth.com
SEYFARTH SHAW LLP
975 F Street, N.W.
Washington, DC 20004-1454
202-463-2400
202-828-5393 (facsimile)

**THE HONORABLE RUDOLPH CONTRERAS**
**UNITED STATES DISTRICT COURT JUDGE**

12

# EXHIBIT A



## NOTICE TO ALL EMPLOYEES

The U.S. Equal Employment Opportunity Commission ("EEOC") is a federal agency that enforces laws against discrimination in the workplace. This Notice is being posted in compliance with an agreed court order resolving a lawsuit brought by the EEOC captioned *EEOC v. R&R Janitorial, Painting, and Building Services, Inc. d/b/a R&R Building Services, Inc.*, Civil Action No. 1:21-cv-02539, in the United States District Court of the District of Columbia.

Under federal law, R&R cannot discriminate against you because of your race or national origin, including but not limited to terminating employees because of their race or national origin.

In the EEOC's lawsuit, the EEOC alleged that R&R Janitorial, Painting, and Building Services, Inc. (R&R Janitorial) discriminated against Hispanic employees because of race and national origin. To resolve the case, R&R Janitorial and the EEOC entered into an agreed court order which provides, among other things, that R&R Janitorial will provide monetary relief to the Hispanic employees, and that R&R Janitorial is prohibited from discriminating against employees because of race or national origin and from retaliating against employees in violation of federal law.

The EEOC enforces federal laws that prohibit discrimination and retaliation, including discrimination because of sex, pregnancy, race, color, religion, national origin, or age, and discrimination on the basis of disability. If you believe you have been discriminated or retaliated against, you are encouraged to contact the EEOC for assistance and information. The EEOC can be reached at (800) 669-4000, TTY for the hearing impaired at (800) 669-6820, by email at info@eeoc.gov, or you may contact EEOC Trial Attorneys Jessi Isenhart (jessi.isenhart@eeoc.gov) or Emily Datnoff (emily.datnoff@eeoc.gov). The EEOC is a federal law enforcement agency and charges no fees to receive and investigate complaints.

### THIS IS AN OFFICIAL NOTICE AND MUST NOT BE DEFACED BY ANYONE

**This Notice must remain posted for three years from the date below and must not be altered, defaced, or covered by any other material.**

*Jose Reyes*

4/17/2026

_____

Date

_____

Jose Reyes, President and Owner
R&R Janitorial, Painting, and Building Services, Inc.

Case 1:21-cv-02539-RC   Document 60   Filed 04/22/26   Page 15 of 15



## AVISO A TODOS LOS EMPLEADOS

La Comisión para la Igualdad de Oportunidades en el Empleo de los EE. UU. ("EEOC") es una agencia federal que hace cumplir las leyes contra la discriminación en el lugar de trabajo. Este Aviso se publica en cumplimiento de una orden judicial acordada que resuelve una demanda interpuesta por la EEOC, titulada *EEOC v. R&R Janitorial, Painting, and Building Services, Inc. d/b/a R&R Building Services, Inc.*, Acción Civil N.º 1:21-cv-02539, ante el Tribunal de Distrito de los Estados Unidos para el Distrito de Columbia.

Conforme a la ley federal, R&R no puede discriminarlo por motivos de raza u origen nacional, lo cual incluye —entre otras cosas— despedir a empleados debido a su raza u origen nacional.

En la demanda presentada por la EEOC, dicha agencia alegó que R&R Janitorial, Painting, and Building Services, Inc. (R&R Janitorial) discriminó a empleados hispanos por motivos de raza y origen nacional. Para resolver el caso, R&R Janitorial y la EEOC celebraron una orden judicial acordada que establece, entre otras cosas, que R&R Janitorial proporcionará una reparación monetaria a los empleados hispanos, y que se prohíbe a R&R Janitorial discriminar a los empleados por motivos de raza u origen nacional, así como tomar represalias contra ellos en violación de la ley federal.

La EEOC hace cumplir las leyes federales que prohíben la discriminación y las represalias, incluida la discriminación por motivos de sexo, embarazo, raza, color, religión, origen nacional o edad, así como la discriminación por motivos de discapacidad. Si usted considera que ha sido objeto de discriminación o represalias, le recomendamos que se comunique con la EEOC para recibir asistencia e información. Puede comunicarse con la EEOC llamando al (800) 669-4000; a través de la línea TTY para personas con discapacidad auditiva al (800) 669-6820; por correo electrónico a info@eeoc.gov; o bien, puede contactar directamente a las abogadas litigantes de la EEOC, Jessi Isenhart (jessi.isenhart@eeoc.gov) o Emily Datnoff (emily.datnoff@eeoc.gov). La EEOC es una agencia federal encargada de hacer cumplir la ley y no cobra tarifas por recibir e investigar las quejas.

## ESTE ES UN AVISO OFICIAL Y NO DEBE SER DAÑADO POR NADIE.

Este aviso debe permanecer expuesto durante tres años a partir de la fecha indicada a continuación, y no debe ser alterado, desfigurado ni cubierto por ningún otro material.

4/17/2026

| | |
|---|---|
| Fecha | Jose Reyes, Presidente y Propietario<br>R&R Janitorial, Painting, and Building Services, Inc. |

15